UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

FAIDY AZZEDINE,

                Plaintiff,

    v.

UNITED STATES OF AMERICA, et al.,

                Defendants.

CASE NO. C12-5258 RJB-JRC

ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS AND DIRECTING PLAINTIFF TO PROVIDE SERVICE COPIES

      The Court, having reviewed plaintiff's application to proceed in forma pauperis, does hereby find and ORDER as follows.

      Plaintiff's application for leave to proceed in forma pauperis (ECF Nos. 1and 4) is GRANTED. Plaintiff is not a prisoner within the meaning of the Prison Litigation Reform Act. The portion of the Act requiring a prisoner to pay the filing fee in installments does not apply to plaintiff. Plaintiff does not appear to have funds available to afford the $350.00 filing fee. Plaintiff shall note that leave to proceed as a pauper does not necessarily entitle plaintiff to a waiver of any other cost(s) of litigation.

ORDER GRANTING APPLICATION TO
PROCEED IN FORMA PAUPERIS AND
DIRECTING PLAINTIFF TO PROVIDE SERVICE
COPIES - 1

1    Plaintiff has provided one service copy of the forty-one page complaint. There are four

2 named defendants not counting John and Jane Does who cannot be served. The Court orders that

3 plaintiff shall provide three more copies of the complaint. These copies must be identical to the

4 one on file and already provided. If plaintiff does not have a copy of the original he should

5 contact the Clerk's office and make arrangements for obtaining a copy. Plaintiff has until May

6 11, 2012, to comply with this order.

7    The Clerk is directed to mail a copy of this order to plaintiff and note the May 11, 2012,

8 deadline.

9    Dated this 12th day of April, 2012.

J. Richard Creatura
United States Magistrate Judge

ORDER GRANTING APPLICATION TO
PROCEED IN FORMA PAUPERIS AND
DIRECTING PLAINTIFF TO PROVIDE SERVICE
COPIES - 2