UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

FAIDY AZZEDINE,

          Plaintiff,

   v.

UNITED STATES OF AMERICA,

          Defendant.

CASE NO. C12-5258 RJB-JRC

ORDER TRANSFERRING THIS ACTION AND DENYING DEFENDANT'S MOTION FOR AN EXTENSION OF TIME

     The District Court has referred this action to United States Magistrate Judge, J. Richard Creatura. The action may best be described as a Federal Tort Claim. The Court's authority for the referral is 28 U.S.C. § 636 (b) (1) (A) and (B), and local Magistrate Judge Rules MJR3 and MJR4.

     Plaintiff seeks damages for being held on an invalid conviction. Plaintiff now lives in Orlando, Florida and he asks the Court to transfer his action to the District Court in Florida. The Court has no reason to deny this request. The Court has authority to order the transfer because the transfer is not dispositive of the action in federal court.

1     Defendants first filed a motion asking for additional time to file an answer and took no

2 position regarding change of venue (ECF No. 13). Even though no response was filed,

3 defendants filed a "reply" and now ask that the Court extend the deadline for filing an answer

4 until 60 days after plaintiff has properly served "all" government defendants pursuant to Rule 4.

5 (emphasis in original).

6     The Court believes transfer of this action proper and has given the defendants time to

7 respond to the motion. The Court now orders that this action be transferred to the United States

8 District Court for the Middle District of Florida. The Clerk's Office is directed to take the

9 appropriate steps and close this file.

10     Dated this 26th day September, 2012.

*[signature]*

J. Richard Creatura
United States Magistrate Judge

ORDER TRANSFERRING THIS ACTION AND
DENYING DEFENDANT'S MOTION FOR AN
EXTENSION OF TIME - 2